RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE __1/20/06__

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DELLA A. MARKS | CIVIL ACTION NO. 04-0936 |
| VS. | JUDGE HAIK |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed by the parties, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is AFFIRMED and that this action is DISMISSED.

Lafayette, Louisiana this 19th day of January, 2006.

RICHARD T. HAIK
UNITED STATES DISTRICT COURT